IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK WALLACE, | : | CIVIL ACTION |
| | : | NO. 12-1217 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL DETENTION CENTER, et al., | : | |
| | : | |
| Respondents. | | |

# **O R D E R**

**AND NOW**, this **18th** day of **December, 2012**, for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED** and **DISMISSED with prejudice**.

**AND IT IS SO ORDERED.**


/s/ EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO,    J.**